UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CARLTON HAYNES**
        **Plaintiff**

                                            Civil Action No. 05-10533-RCL

v.

**ANN MARIE FRANCIS**
        **Defendant**

### ORDER OF DISMISSAL

**LINDSAY, D.J.**

    In accordance with this Court's order dated March 29, 2005, and the plaintiff not having shown good cause why this case should not be dismissed pursuant to 28 U.S.C. § 1915(e)(2), it is ORDERED that the within action be and it is hereby dismissed.

                                                            By the Court,

                                                            /s/ Lisa M. Hourihan
                                                            _____
                                                            **Deputy Clerk**

Date_____

(dism1915.ord - 8/96)                                                                                                    [odism.]